**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00112-CV

### CITY OF FORT WORTH, Appellant

### V.

### JOEL F. FITZGERALD, SR., PH.D., Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-08184**

## ORDER

Before the Court is appellant's February 18, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **March 16, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE